**Order entered June 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00566-CV

**THE COMMUNICATION COUNSEL OF AMERICA, INC., Appellant**

**V.**

**DAVID DAY, Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-14413**

## ORDER

Before the Court is court reporter David W. Langford's June 18, 2019 request for a two-month extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than August 19, 2019. We caution that further extension requests will be disfavored.

/s/     KEN MOLBERG
           JUSTICE